DLD-39                                              November 1, 2007

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **07-3661**   07MC216

IN RE: HARRY L. SAMUEL

Present:   BARRY, CHAGARES and ROTH, <u>Circuit</u> Judges

(1)   Submitted is Petitioner's application pursuant to 28 U.S.C. § 2244 to file a second or successive habeas corpus petition; and

(2)   Petitioner's motion for the appointment of counsel

in the above-captioned case.

Respectfully,



Clerk

MMW/EMC/tyw

_____ORDER_____

**The foregoing application to file a second or successive habeas corpus petition is denied. Petitioner makes no showing that a claim in his application rests on a new rule of constitutional law made retroactive to cases on collateral review by the United States Supreme Court, or on newly discovered evidence sufficient to establish by clear and convincing evidence that no reasonable fact finder would have found him guilty. 28 U.S.C. §§ 2244(b)(2) & (b)(3)(c). Petitioner's motion for the appointment of counsel is denied.**

A True Copy:

By the Court,

Marcia M. Waldron
Marcia M. Waldron,
Clerk

**/s/ Maryanne Trump Barry**
Circuit Judge

Dated:   December 4, 2007
tyw/cc:  Mr. Harry L. Samuel

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

___Delaware___ Clerk of Court
    District

Date __12/4/07__

In Re: Harry Samuel
   (Caption)

C. of A. Nos __07-3661__

__Harry Samuel__
   Petitioner

FILED
DEC 0 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Enclosures:*

__12/4/07__ Certified copy of C. of A. Order by the **Court**
(Date)

____ Record released

__XXX__ Copy of this form to acknowledge receipt and return to C. of A.

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
        is recalled.

        __Tonya Wyche__   (267)-299- __4938__
           Deputy Clerk    Telephone Number

*Receipt Acknowledge:*
E Strickler
(Name)

12/10/07
(Date)